# IN THE SUPREME COURT OF THE STATE OF NEVADA

EMMANUEL DIONNE CHEATHAM,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 69431

**FILED**

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant filed a notice of appeal on December 14, 2015. The notice of appeal does not designate the judgment or order being appealed, and simply states that appellant moves to "give this court Notice of Appeal." *See* NRAP 3(c)(1)(B). The documents before this court indicate that appellant has not yet been sentenced. Although NRS 177.015(3) indicates that appellant may appeal from "a final judgment or verdict in a criminal case," there was no final judgment or verdict that could be the subject of this appeal. Because there has not been an "announcement of a decision, sentence, or order," we cannot treat this as a premature appeal from the judgment of conviction. *See* NRAP 4(b)(2). Based on appellant's failure to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-03326

cc: Hon. Douglas W. Herndon, District Judge
Leslie A. Park
Emmanuel Dionne Cheatham
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A